CHARLES WIMMER, as Director and Officer of United Cable Techs, Inc., Appellant, v MARK TOMPKINS et al., Respondents. [937 NYS2d 919]

Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.